```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Arturo Alvarado-Sotomayor
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-04-0454 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ARTURO ALVARADO-SOTOMAYOR, ) | |
| MANUEL PLASCENCIA-HEREDIA, ) | |
| ) | Date:   JULY 26, 2005 |
| Defendants. ) | Time:   8:30 a.m. |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Arturo Alvarado-Sotomayor, and Attorney Matthew Bockman, Counsel for Defendant Manuel Jesus Plascencia-Heredia, that the status conference scheduled for June 14, 2005, be vacated and the matter be continued to this Court's criminal calendar on July 26, 2005, at 8:30 a.m.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and finalization of plea agreements.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.
7 The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the July 26, 2005 date, and that Mr.
9 Wong and Mr. Bockman have authorized Ms. Santos to sign this
10 stipulation on their behalf.
11 **IT IS SO STIPULATED**.

12 Dated: June 10, 2005         /S/ Matthew Bockman
                              MATTHEW BOCKMAN
13                            Attorney for Defendant
                              Manuel Plascencia-Heredia
14

15 Dated: June 10, 2005         /S/ Dina L. Santos
                              DINA L. SANTOS
16                            Attorney for Defendant
                              Arturo Alvarado-Sotomayor
17

18 Dated: June 10, 2005         /S/ William Wong
                              WILLIAM WONG
19                            Assistant United States Attorney
                              Attorney for Plaintiff
20

21                             **O R D E R**

22 **IT IS SO ORDERED**.
23         By the Court,
24 Dated: June 14, 2005
25
26
27                            _____
                              MORRISON C. ENGLAND, JR
28                            UNITED STATES DISTRICT JUDGE

2