MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTURO ALVARADO-SOTOMAYOR &<br>MANUEL PLASENCIA-HEREDIA<br><br>    Defendants. | CASE NO. 2:04-cr-0454 MCE<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO VACATE TRIAL DATE<br>AND EXCLUDE TIME |

The parties stipulate and agree to vacate the January 11, 2006 trial date in this case and request a March 15, 2006 trial date. They further stipulate and agree that the time from today through March 15, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The time exclusion is appropriate for pending motions during the time that the Court is considering those motions. 18 U.S.C. § 3161(h)(1)(F).

The time exclusion is also appropriate for the independently sufficient reason that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(8)(B)(iv).  Specifically, counsel require additional time to evaluate relevant facts and law in light of the discovery materials and the Court's coming rulings.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATE: December 29, 2005       By:    /s/ Matt Segal
                                          MATTHEW D. SEGAL
                                          Assistant U.S. Attorney

DATE: December 29, 2005            /s/ Dina Santos
                                          DINA SANTOS
                                          Attorney for Arturo Alvarado-Sotomayor

DATE: December 29, 2005            /s/ Matthew Bockmon
                                          MATTHEW BOCKMON
                                          Attorney for Manuel Plasencia-Heredia

                                            **SO ORDERED.**

DATE: December 29, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE